# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER SCHUTT, et al., | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 15-2731 |
| MELMARK, INC., et al., | |
| Defendants. | |

## ORDER

**AND NOW,** this 24th day of April, 2017, upon consideration of "Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)" (Doc. No. 19), the response and reply thereto and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED** as follows:

- Count 1 (42 U.S.C. § 1983) is **DISMISSED**.
- Count 2 (42 U.S.C. § 1985) is **DISMISSED**.
- The Court declines to exercise supplemental jurisdiction over the remaining state law claims.
- The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**